**UNITED STATES of America,
Appellee,**

v.

**Douglas LAREW, Appellant.**

**No. 12–1171.**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 21, 2012.

Filed: July 9, 2012.

Eric D. Kelderman, Assistant U.S. Attorney, U.S. Attorney's Office, argued, Rapid City, SD, for Appellee.

George E. Grassby, Federal Public Defender, Federal Public Defender's Office, argued, Rapid City, SD, for Appellant.

Douglas Larew, Lakewood, WA, pro se.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Douglas Larew appeals the two-year prison sentence the district court[1] imposed after revoking his probation. Upon careful review of the entire sentencing record, we conclude that the court committed no significant procedural error, adequately explained the reasons for the sentence, and imposed a substantively reasonable sentence. *See United States v. Miller,* 557 F.3d 919, 922 (8th Cir.2009); *United States v. Perkins,* 526 F.3d 1107, 1110–11 (8th Cir.2008). We also conclude the court did not err by reimposing the schedule for his restitution payments: the court was aware of his financial history, the monthly payments are not especially high, and Larew never sought to modify the payment schedule. *See* 18 U.S.C. § 3664(k); *cf. United States v. Johnson,* 327 F.3d 758, 759 (8th Cir.2003).

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.